THOMAS HOPE, RESPONDENT, *v.* CHARLES E. LAWRENCE
AND ANOTHER, APPELLANTS.

*Conversion — pledgee of stock.*

A sale by a pledgee, without authority, or for non-compliance with a demand which the pledgee has no right to make, or after a tender of the debt for which the pledge is held, is a conversion. Plaintiff sued the defendants for the conversion of certain shares of bank stock, held by defendants as collateral security to a debt due them on account of gold purchased for plaintiff. The jury found that plaintiff had given an absolute order to the defendants to sell at 217, at which price they might have sold, but, claiming the order to be discretionary, they failed to do so, and the gold was subsequently sold at 207⅝. Plaintiff tendered a sum sufficient to pay the balance of the account, if the gold had been sold at 217. *Held,* that a sale, after such tender, was a conversion, and that plaintiff was entitled to recover the value of the stock sold, after deducting the actual indebtedness, for which it properly stood in pledge.

APPEAL from a judgment in favor of plaintiff, entered upon a verdict of a jury.

*S. C. Conable,* for the appellants.

*A. R. Dyett,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS and WESTBROOK, JJ., concurred.

Judgment affirmed.